IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLARENCE B. ROSS, SR.            :
                                 :
    v.                           :   CIVIL NO. CCB-01-2064
                                 :
LOCAL UNION 3406                 :

...oOo...

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. the defendant's Motion to Dismiss is **Granted**;

2. judgment is entered on behalf of the defendant;

3. the Clerk is directed to **Close** this case; and

4. copies of this Order and the accompanying Memorandum shall be mailed to the plaintiff, pro se, and counsel for the defendant.

_4-15-02_  
Date

_/s/ Catherine C. Blake_  
Catherine C. Blake  
United States District Judge

